IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DONNA HUGGINS, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF
THE WRONGFUL DEATH BENEFICIARIES
OF DON E. HUGGINS, DECEASED                                  PLAINTIFF

VS.                                    CAUSE NO. 1:12CV113-M-A

BRADY RUSSELL, M.D. AND NORTH
MISSISSIPPI MEDICAL CENTER, INC.                             DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came on for hearing on the *ore tenus* motion of the plaintiff, Donna Huggins, to voluntarily dismiss with prejudice any and all claims and contentions of liability herein against the defendant, Brady Russell, M.D., pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the Court, having considered the motion, is of the opinion that the same is well-taken and should be and is hereby sustained. All claims and contentions of liability herein against Brady Russell, M.D. are hereby dismissed with prejudice with each party to bear their respective costs.

**SO ORDERED,** this, the 12th day of September, 2013.

                          **/s/ MICHAEL P. MILLS**
                          **CHIEF JUDGE**
                          **UNITED STATES DISTRICT COURT**
                          **NORTHERN DISTRICT OF MISSISSIPPI**

APPROVED:

*/s/ Keith S. Carlton*
KEITH S. CARLTON, ESQ.
Attorney for Plaintiff

*/s/ John G. Wheeler*
JOHN G. WHEELER, ESQ.
Attorney for Defendants
1556376