```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF MISSISSIPPI
                           EASTERN DIVISION
```

DONNA HUGGINS, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF
THE WRONGFUL DEATH BENEFICIARIES
OF DON E. HUGGINS, DECEASED                                  PLAINTIFF

VS.                                            CAUSE NO. 1:12CV113-M-A

BRADY RUSSELL, M.D. AND NORTH
MISSISSIPPI MEDICAL CENTER, INC.                            DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came on for hearing on the *ore tenus* motion of the plaintiff, Donna Huggins, to voluntarily dismiss with prejudice any and all claims and contentions of liability herein against the defendant, North Mississippi Medical Center, Inc., pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the Court, having considered the motion, is of the opinion that the same is well-taken and should be and is hereby sustained. All claims and contentions of liability herein against North Mississippi Medical Center, Inc. are hereby dismissed with prejudice with each party to bear their respective costs.

**SO ORDERED,** this, the 16th day of January, 2014.

>                          **/s/ MICHAEL P. MILLS**
>                          **CHIEF JUDGE**
>                          **UNITED STATES DISTRICT COURT**
>                          **NORTHERN DISTRICT OF MISSISSIPPI**

1614932

APPROVED:

*/s/ Keith S. Carlton*
KEITH S. CARLTON, ESQ.
Attorney for Plaintiff

*/s/ John G. Wheeler*
JOHN G. WHEELER, ESQ.
Attorney for Defendants